**No. 45062.**—Protests 977746-G, etc., of Saks & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the atomizers are similar to those the subject of Abstract 44140. In accordance therewith the claim at 60 percent under paragraph 218 (f) was sustained.

**No. 45063.**—Protests 703580-G, etc., of Maurice Levy et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the atomizers are similar to those the subject of Abstract 44140. In accordance therewith the claim at 60 percent under paragraph 218 (f) was sustained.

**No. 45064.**—Protest 31023-K of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel pipe kazoos in chief value of metal were held dutiable at 45 percent under paragraph 397 as claimed. Abstract 44122 followed.

**No. 45065.**—Protests 740997-G, etc., of M. Zwiebel (New York).

Opinion by OLIVER, P. J. It was stipulated that the squawker balloons in question are in part of bamboo similar to those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 45066.**—Protest 974187-G of Mason Bros. & Tarlin (Boston).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of rubber balloons trimmed with colored feathers fastened to one end of a hollow cane or stick composed in part of bamboo. Following Abstract 40493 the claim at 45 percent under paragraph 409 was sustained.

**No. 45067.**—Protest 983746-G of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the rubber mice in question are in part of bamboo and similar to those the subject of Abstract 40389. The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 45068.**—Protest 835244-G of S. H. Kress & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the rubber mice in question are in part of bamboo and similar to those the subject of Abstract 40389. The claim at 45 percent under paragraph 409 was therefore sustained.